UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23951-CIV-MARTINEZ/OTAZO-REYES

BARBARA STONE,

    Plaintiff,

v.

WILLIAM ELMORE, *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On November 4, 2019, Plaintiff filed a document in this court *pro se*, (DE 9), in which she indicated that she is presently unable to proceed with this litigation due to the recent passing of her mother on September 17, 2019.

The Court notes that none of the Defendants have been served and the 90-day deadline for service expires December 3, 2019. The Court is sympathetic with Plaintiff and therefore will place this matter in a civil suspense file.

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** until further order of this Court.

2. Plaintiff shall file a status report or serve Defendants prior to December 3, 2019 indicating whether she is able to proceed with the litigation at that time.

3. Failure to timely file a status report or timely serve Defendants will result in the immediate dismissal of this matter without prejudice, without further notice.

4. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 5 day of November, 2019.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies to:
United States Magistrate Judge Otazo-Reyes
Counsel of record